NUMBER 13-04-000292-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________           
IN RE THE INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA, ET AL.
_______________________________________________________

On Petition for Writ of Mandamus
_______________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Garza
Per Curiam Memorandum Opinion




         Relators, The Insurance Company of the State of Pennsylvania, AIG Technical
Services, Inc., American Home Assurance Co., Guy Carpenter & Company, Inc., and
National Union Fire Insurance Co., filed a petition for writ of mandamus in the above
cause on June 11, 2004. The Court, having examined and fully considered the
petition for writ of mandamus and the response thereto is of the opinion that relators
have not shown themselves entitled to the relief sought. See Tex. R. App. P. 52.8. 
Accordingly, the petition for writ of mandamus is DENIED. 
                                                                        PER CURIAM


Memorandum Opinion delivered and filed
this 9th day of July, 2004.